No. 182. KERR'S CATERING SERVICE v. DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Robert E. Hannon* for petitioner. *Stanley Mosk,* Attorney General of California, and *B. Franklin Walker,* Deputy Attorney General, for respondents.

No. 187. ISAACS ET AL. v. UNITED STATES;
No. 188. LARRICK v. UNITED STATES;
No. 189. JEFFORDS v. UNITED STATES; and
No. 194. OSSANNA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Benedict Deinard* and *Melvin H. Siegel* for petitioners in No. 187. *Robert J. King* for petitioner in No. 188. *John E. Wasche* for petitioner in No. 189. *James M. Landis* for petitioner in No. 194. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 190. KOVAC v. KOVAC. Supreme Court of Illinois. Certiorari denied. *Walter C. Wellman* for petitioner.

No. 199. BELL v. WASHINGTON. Supreme Court of Washington. Certiorari denied. *Benjamin H. Kizer* for petitioner.

No. 207. ARLENE COATS v. UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the United States.